

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-17-00248-CR

JESSICA LANGLAIS                                    APPELLANT

V.

THE STATE OF TEXAS                                    STATE

----------

FROM CRIMINAL DISTRICT COURT NO. 1 OF TARRANT COUNTY
TRIAL COURT NO. 1499902D

----------

### MEMORANDUM OPINION[1]

----------

On June 8, 2017, Jessica Langlais filed in the trial court a "Motion to Reduce Bond and Application for Writ of Habeas Corpus." On June 12, 2017, the trial court heard Langlais's motion and, according to a "Certificate of Proceedings," denied it. The trial court did not, however, sign a formal order. On June 15, 2017, Langlais filed a notice of appeal.

---

[1]*See* Tex. R. App. P. 47.4.

On August 9, 2017, we sent a clerk's letter questioning our jurisdiction on two bases. First, we noted the absence of a signed, written order. *See State v. Wachtendorf*, 475 S.W.3d 895, 904 (Tex. Crim. App. 2015); *Ex parte Wiley*, 949 S.W.2d 3, 4 (Tex. App.—Fort Worth 1996, no pet.). Next, we noted that we did not have jurisdiction over the denial of a pretrial motion to reduce bond. *See Ragston v. State*, 424 S.W.3d 49, 52 (Tex. Crim. App. 2014); *but cf. Ex parte Peyton*, No. 02-16-00029-CR, 2016 WL 2586698, at *1 n.2 (Tex. App.—Fort Worth May 5, 2016) (explaining that court of appeals has jurisdiction over appeal from denial of pretrial habeas corpus application seeking bail reduction) (mem. op., not designated for publication), *pet. dism'd*, No. PD-0677-16, 2017 WL 1089960 (Tex. Crim. App. Mar. 22, 2017) (not designated for publication).

Also in the clerk's letter, we informed the parties that if they did not file a response by August 21, 2017, we might dismiss the appeal for want of jurisdiction. As of today's date, neither party has filed a response.

Accordingly, we dismiss this appeal for want of jurisdiction for want of a signed, written order. *See Wachtendorf*, 475 S.W.3d at 904; *Wiley*, 949 S.W.2d at 4.

                                             /s/ Elizabeth Kerr
                                             ELIZABETH KERR
                                             JUSTICE

PANEL:  WALKER, KERR, and PITTMAN, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  September 28, 2017